

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVER ROMERO-MARTINEZ,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(5)(A)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Illegal Alien in Possession of a Firearm)

On or about July 18, 2025, in the Southern District of Ohio, the defendant, **EVER ROMERO-MARTINEZ**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, specifically: a Taurus Model 856, .38 caliber revolver, serial number LS89309, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).**

### FORFEITURE ALLEGATION

The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

1

Upon conviction of any offense alleged in this Indictment, the defendant, **EVER ROMERO-MARTINEZ**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Taurus Model 856, .38 caliber revolver, serial number LS89309.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*

**FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**NICOLE PAKIZ (0096242)**
**Assistant United States Attorney**

2